**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00893-REB
Criminal Action No. 99-cr-00120-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GARY DEWILLIAMS,

 Movant.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**Blackburn, Judge**

 Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

 ORDERED that a certificate of appealability will not be issued.

 DATED at Denver, Colorado this 5th day of November, 2008.

           BY THE COURT:

           **s/ Robert E. Blackburn**

           JUDGE, UNITED STATES DISTRICT
           COURT FOR THE DISTRICT OF COLORADO