**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 99-cr-00120-REB
Civil Case No. 05-cv-00893-REB

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

GARY DeWILLIAMS,

    Defendant-Movant.

## MINUTE ORDER[1]

    The matter comes before the court on defendant-movant's request [#411] filed December 5, 2008, to withdraw the **Motion For Reconsideration of Order of Denial, in the Alternative, to Recall its Order** [#408] filed November 17, 2008. The court will treat this request, which is in letter form, as a motion to withdraw. The motion is **GRANTED**, and defendant-movant's **Motion For Reconsideration of Order of Denial, in the Alternative, to Recall its Order** [#408] filed November 17, 2008, is **WITHDRAWN**.

    Dated: December 11, 2008

---

    [1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.