IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-00430-REB
(Criminal Action No. 99-cr-00120-REB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GARY D. DeWILLIAMS,

    Defendant/Movant.

## JUDGMENT

Pursuant to and in accordance with the **Order Denying 28 U.S.C. § 2255 Motion** entered by Judge Robert E. Blackburn on February 24, 2014, the following Judgment is entered:

1. The **Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255** [#467] filed February 18, 2014, is **DENIED**;

2. A certificate of appealability is **DENIED**;

3. Leave to proceed *in forma pauperis* is **DENIED** without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit; and

4. The corresponding civil action is **DISMISSED**.

Dated at Denver, Colorado this 24th day of February, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   Nel Steffens

Nel Steffens
Deputy Clerk