# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cr-00120-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

GARY DEWILLIAMS, ALSO KNOWN AS
GARY D. DEWILLIAMS,

    Respondent.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C 2255 Motion of Judge Robert E. Blackburn entered on June 5, 2014 it is

ORDERED that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [#472] filed May 14, 2014, is denied; and it is further

ORDERED that under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is DENIED. It is further

ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. It is further

ORDERED that Respondent shall have their costs, by the filing o fa Bill of Costs

pursuant to the procedures set forth in Fed.R.Civ.P.54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 5th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K Lyons

K Lyons
Deputy Clerk