**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 99-cr-00120-REB
(Civil Action No. 14-cv-01588-REB)

UNITED STATES OF AMERICA,,

      Petitioner,

v.

GARY DEWILLIAMS, also known as
GARY D. DEWILLIAMS,

      Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C § 2255 Motion and Directing Movant to Show Cause of Judge Robert E. Blackburn entered on June 25, 2014 it is

ORDERED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [476] filed June 5, 2014, is denied; and it is further

ORDERED that a certificate of appealability is DENIED; and it is further

ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED without prejudice; and it is further

ORDERED that the corresponding civil case is dismissed.

Dated at Denver, Colorado this 25th day of June, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K Lyons

K Lyons
Deputy Clerk